EXHIBIT A

EXHIBIT/DRAFT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL HANSMEIER, | Case No. |
| Plaintiff, | |
| v. | COMPLAINT |
| JOHN DOE, | JURY TRIAL DEMANDED |
| Defendant. | |

Plaintiff Paul Hansmeier ("Plaintiff") hereby files this Complaint requesting damages and injunctive relief, and alleges as follows:

NATURE OF CASE

1. Plaintiff files this action for copyright infringement under the United States Copyright Act and a related claim under the Computer Fraud and Abuse Act to combat John Doe's violations of Plaintiff's rights under federal law.

THE PARTIES

2. Plaintiff Paul Hansmeier is a natural person and is

EX. A 001

EXHIBIT/DRAFT

an inmate at Sandstone Federal Correctional Institution in Sandstone, Minnesota.

3. Defendant John Doe's legal name is unknown to Plaintiff. Instead, Defendant is known to Plaintiff only by an Internet Protocol ("IP") address, which is a unique number that is assigned to devices, such as computers, which are connected to the Internet. Plaintiff cannot ascertain Defendant's legal name without conducting limited discovery.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1331 (actions arising under the laws of the United States) and 28 U.S.C. § 1338(a) (actions arising under an Act of Congress relating to copyrights).

5. It is premature to evaluate issues of personal jurisdiction and venue at a time when Defendant has not been identified and his contacts with this District cannot be properly evaluated. Plaintiff will address issues of personal jurisdiction when/if a person who has been named as a Defendant raises a challenge to personal jurisdiction or venue. Absent a challenge, issues relating to personal jurisdiction and venue will be waived.

(intentionally left blank)

Ex. A 002

# EXHIBIT/DRAFT

## ALLEGATIONS COMMON TO ALL COUNTS

6. Attached as Exhibit A hereto is an assignment of rights in a copyrighted video (the "Video") to Plaintiff.

7. Plaintiff retained an investigator to conduct an enforcement investigation similar to that used by the copyright holders in <u>Olan Mills, Inc v. Linn Photo Co.</u>, 23 F.3d 1345 (8th Cir. 1994) and <u>Malibu Media v. Thal</u>, No. 15-cv-11808, 2016 WL 7240764 (N.D. Ill. Dec. 15, 2016).

8. Specifically, Plaintiff's investigator posted a torrent file to a notorious digital piracy website. Defendant downloaded the torrent file and opened it in specialized software, which resulted in Defendant accessing Plaintiff's computer systems, which Plaintiff leases from a third-party, and copying the Video. An excerpt of the computer log documenting Defendant's unauthorized access of Plaintiff's computer is attached as Exhibit B hereto.

9. After downloading the Video, Defendant provided copies of the video to third parties.

10. Exhibit C hereto identifies the IP address Defendant used and the date and time of Defendant's use.

11. Plaintiff has incurred over $5,000 in costs in responding to Defendant's offenses.

Ex. A 003

# EXHIBIT/DRAFT

## COUNT I - COPYRIGHT INFRINGEMENT

12. Plaintiff hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

13. Defendant's conduct infringes upon Plaintiff's exclusive rights of reproduction and distribution that are protected under the Copyright Act.

14. Defendant knew or had constructive knowledge that his acts constituted copyright infringement.

15. Defendant's conduct was willful within the meaning of the Copyright Act: intentional, and with indifference to Plaintiff's rights.

16. Plaintiff has been damaged by Defendant's conduct, including but not limited to economic and reputation losses. Plaintiff continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from the Defendant's conduct.

17. Plaintiff reserves the right to elect to recover statutory damages. As Defendant's infringement was intentional and willful, Plaintiff is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of suit.

[Intentionally left blank]

Ex. A 004

EXHIBIT/DRAFT

## COUNT II - COMPUTER FRAUD AND ABUSE ACT

18. Plaintiff hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

19. Defendant intentionally accessed Plaintiff's computer and downloaded a computer file comprising the Video.

20. Defendant was not authorized to access Plaintiff's computer.

21. Plaintiff's computer is a protected computer that affects interstate commerce.

22. Defendant's ~~loss~~ conduct caused Plaintiff to incur over $5,000 in costs for responding to Defendant's offenses, within a one year period.

[intentionally left blank]

# EXHIBIT/DRAFT

## JURY DEMAND

23. Plaintiff demands a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests Judgment and relief as follows:

1) Judgment against Defendant that he has a) willfully infringed Plaintiff's rights in federally registered copyrights pursuant to 17 U.S.C. § 501; and b) otherwise injured Plaintiff by the acts and conduct set forth in this Complaint;

2) Judgment in favor of the Plaintiff against Defendant for actual damages or statutory damages pursuant 17 U.S.C. § 504, at Plaintiff's election, in an amount to be ascertained at trial;

3) An order of impoundment under 17 U.S.C. §§ 503 & 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs or other materials, which are in Defendant's possession or under his control;

4) On Count II, an order prohibiting Defendant from accessing Plaintiff's computers and an award of compensatory damages;

5) Judgment in favor of Plaintiff against Defendant awarding Plaintiff his attorneys' fees, litigation expenses (including fees and costs of expert witnesses), and other costs of this action; and

Ex. A 006

EXHIBIT/DRAFT

6) Judgment in favor of Plaintiff against Defendant, awarding Plaintiff declaratory and injunctive or other equitable relief as may be just and warranted under the circumstances.

Respectfully submitted,

Dated: _____

_____
[Signature block]

Ex. A 007

EXHIBIT/DRAFT

Exhibit A

[assignment agreement]

Exhibit B

[computer log]

Exhibit C

[IP address]

Ex. A 008