IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Paul Hansmeier,
   Plaintiff,

v.

William P. Barr,
   Defendant.

Case: 1:20-cv-01410
Assigned To : Unassigned
Assign. Date : 5/26/2020
Description: PRO SE GEN CIV (F-DECK)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I am a prisoner at Sandstone FCI and we have been on COVID-19 lockdown since April 1, 2020. I have been subject to an approximately $1.5 million restitution judgment since self-reporting to Sandstone and am obligated to turn my income over to pay that judgment. To date I have paid $75,000 towards the judgment. My inmate trust account balance is $118 and not being replenished

by the $50/month I would ordinarily receive as a GED tutor. My projected release date is approximately 2030. For these reasons, I am unable to pay the costs of this proceeding.

Respectfully Submitted,

5/19/20

Pat Hansmeier