**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL HANSMEIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WILLIAM P. BARR, )<br>)<br>)<br>Defendant. ) | Civil Action No. 1:20-cv-01410 (UNA) |

**ORDER**

The court hereby advises plaintiff that federal law, effective April 9, 2006, requires a plaintiff in a civil action to pay a filing fee of $350.00. In order for the court to consider plaintiff's application to proceed without prepayment of fees, plaintiff must provide the court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915(a)(2). After submission of the trust fund information, the court will determine plaintiff's ability to pay the entire amount in one payment. If the court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

It is hereby

1

**ORDERED** that, within thirty (30) days of this order, plaintiff shall provide the information described above, or provide the court with an affidavit, submitted under oath, as to why he cannot obtain such information. Failure to comply with this order will result in dismissal of this action without prejudice.

**SO ORDERED.**

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: June 8, 2020