6/18/20

Re: Request for Issuance of Summons

Dear Clerk of Court:

My name is Paul Hansmeier and I am the plaintiff in civil case number: 1:20-cv-1410. I write to request that summons be issued to me. My address is:

    Paul Hansmeier
    20953-041 Unit K3
    Federal Correctional Institution
    P.O. Box 1000
    Sandstone, MN 55072

    Thank you,

    Paul Hansmeier



RECEIVED
Mail Room

JUN 2 3 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia