# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL HANSMEIER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-1410 (UNA) |
| WILLIAM P. BARR, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and his motions to issue summons, ECF No. 5, and for a preliminary injunction, ECF No. 6, are **DENIED**; it is

**FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915A(b)(1), the complaint and this case are **DISMISSED** without prejudice.[1]

This is a final appealable Order.

Date: July 16, 2020

/s/
JAMES E. BOASBERG
United States District Judge

---

[1] Plaintiff is advised that this dismissal for failure to state a claim qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.